UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**Perry Charnas,** :
:
       **Plaintiff,** : Civil Action No.:  3:21-cv-00983
:
    **v.** :
:
**Diversified Adjustment Service, Inc.,** :
:
       **Defendant.** :
:
:
:
_____ :

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| | |
|---|---|
| **Perry Charnas** | **Diversified Adjustment Service, Inc.** |
|   /s/ Sergei Lemberg_____ |   /s/ Ian J. Gemmell_____ |
| **Sergei Lemberg, Esq.** | **Ian J. Gemmell, Esq.** |
| **LEMBERG LAW, LLC** | **PEABODY & ARNOLD LLP** |
| 43 Danbury Road, 3rd Floor | Federal Reserve Plaza |
| Wilton, CT  06897 | 600 Atlantic Avenue |
| (203) 653-2250 | Boston, Massachusetts 02110 |
| Attorney for Plaintiff | (617) 951-2100 |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg